UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>                          Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY; and DOES 1-25, inclusive,<br><br>                         Defendants. | Civil No.   07cv1852-JM (CAB)<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT MOTION TO AMEND CASE MANAGEMENT CONFERENCE ORDER**<br><br>**[Doc. No. 14]** |

The parties' joint motion is **GRANTED. IT IS HEREBY ORDERED** that the Case Management Conference Order [Doc. No. 13] be modified as follows:

    a.    Extend the date for expert disclosures from May 16, 2008 to June 16, 2008.

    b.    Extend the date for rebuttal expert disclosures from May 30, 2008 to June 30, 2008.

    c.    Extend the date for compliance with disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure from June 12, 2008 to July 14, 2008.

    d.    Extend the supplemental disclosures regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) of the Federal Rules of Civil Procedure from June 26, 2008 to July 28, 2008.

    e.    Extend the date for all discovery, including expert discovery from July 17, 2008 to August 18, 2008.

///

  f. Extend the date to file all motions, other than motions to amend or join parties, or motions in limine from August 18, 2008 to September 17, 2008.

All other dates set forth in this Court's previous Case Management Order [Doc. No. 13] shall remain the same.

**IT IS SO ORDERED.**

DATED: April 4, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge