FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY, and DOES 1-25, inclusive,<br><br>    Defendant(s). | Case No. 07cv1852-JM (CAB)<br><br>[PROPOSED] ORDER REGARDING FILING UNDER SEAL<br><br>Date: August 29, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16<br>Judge: Honorable Jeffrey T. Miller<br><br>Complaint Filed: August 16, 2007<br>Trial Date: January 19, 2009 |

IT IS HEREBY ORDERED that the parties may, in support of or opposition to Defendant Raytheon Company's Motion for Partial Summary Judgment, file all documents designated as "Confidential" pursuant to the Court's Standing Protective Order under seal. The parties may file the "Confidential" documents as a separate "Lodgment of Exhibits Filed Under Seal."

/////

/////

////

/////

/////

- 1 -                    CASE NO. 07cv1852-JM (CAB)
[PROPOSED] ORDER RE FILING UNDER SEAL

1  IT IS FURTHER ORDERED that All Exhibits to Plaintiff Hossein Zeinali's Opposition
2  to Defendant Raytheon Company's Motion for Partial Summary Judgment may be filed with the
3  Court (not e-filed) on August 18, 2008.  Plaintiff must e-file the remaining opposition papers
4  with the Court by August 15, 2008. Plaintiff must serve their opposition papers along with all
5  Exhibits via e-mail to counsel for Defendant Raytheon Company by August 15, 2008.
6  IT IS SO ORDERED.
7  DATED: 8/19/08

HONORABLE JEFFREY T. MILLER

- 2 -  CASE NO. 07cv1852-JM (CAB)
[PROPOSED] ORDER RE FILING UNDER SEAL