# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>　　　　Plaintiff,<br>vs.<br><br>RAYTHEON COMPANY,<br><br>　　　　Defendant. | CASE NO. 07cv1852 JM(CAB)<br><br>ORDER STRIKING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOCKET NO. 23); STRIKING PLAINTIFF'S MOTION TO AMEND (DOCKET NO. 24) |

Presently set for hearing on August 29, 2008 are two motions: Defendant's motion for partial summary judgment and Plaintiff's motion for leave to amend the complaint. The court hereby strikes both motions for failure to comply with the Southern District Electronic Case Filing Administrative Policies and Procedures Manual Section 2(e). Section 2(e) requires that "a courtesy copy must be provided to the assigned judicial officer" for any filing which exceeds 20 pages. Here, Defendant's moving and reply papers far exceed 20 pages.[1] Consequently, the court strikes the motion for failure to comply with the Local Rules.

The court also strikes Plaintiff's motion to amend as both his motion and reply

---

[1] The court notes that Plaintiff complied with the Local Rules by submitting courtesy copies of his opposition to chambers.

briefs were filed without the accompanying courtesy copies to chambers.[2] Consequently, the court strikes the motion to amend for failure to comply with the Local Rules.

In sum, the Clerk of Court is instructed to strike Defendant's motion for partial summary judgment as well as Plaintiff's motion to amend from the Court's Docket. The parties are instructed to contact chambers for a new hearing on the motions. See Local Rule 7.1(b).

**IT IS SO ORDERED.**

DATED: August 28, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties

---

[2] The court notes that Plaintiff's opposition exceeds the page limit required for the submission of courtesy copies.