# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>                    Plaintiff,<br>vs.<br>RAYTHEON COMPANY,<br><br>                    Defendant. | CASE NO. 07cv1852 JM(CAB)<br><br>SCHEDULING ORDER |

The court is informed that Plaintiff desires to file a motion to amend the complaint and Defendant desires to file a motion for summary judgment or, alternatively, a motion for partial summary judgment. The court specially sets the following briefing schedule: all motions shall be filed and served by September 26, 2008, all oppositions to be filed by October 14, 2008, and all replies by October 21, 2008. Oral argument on the motions is calendared for November 7, 2008 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: August 29, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:       All parties