UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYTHEON COMPANY, and DOES 1-25, inclusive,<br><br>    Defendant. | Case No. 3:07-CV-01852-JM-CAB<br><br>**ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS IN SUPPORT OF AND IN OPPOSITION TO DEFENDANT RAYTHEON COMPANY'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND UNDER SEAL**<br><br>Complaint Filed: August 16, 2007<br>Trial Date: January 19, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   The parties' joint motion is GRANTED.  IT IS HEREBY ORDERED that the may file
2   documents designated as Confidential pursuant to the protective order in place in this litigation in
3   support of or in opposition to Raytheon Company Motion for Summary Judgment and/or in support
4   of or in opposition to Plaintiff's Motion for Leave to Amend under seal.
5   IT IS FURTHER ORDERED that all documents filed under seal will be submitted to the
6   Court in hard copy only (not e-filed) as a separate "Lodgment of Exhibits Filed Under Seal."  The
7   Lodgment of Exhibits Filed Under Seal will be served on counsel for the opposing party via email.
8   The parties must file all documents other than the Lodgment of Exhibits Filed Under Seal through
9   regular e-filing procedures.

11  IT IS SO ORDERED.

13  Dated:    September 30, 2008

    HON. JEFFREY MILLER
    UNITED STATES DISTRICT COURT
    JUDGE