UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN ZEINALI,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYTHEON COMPANY, and DOES 1-25, inclusive,<br><br>  Defendant. | Case No.  07cv1852-JM (CAB)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS IN SUPPORT OF AND IN OPPOSITION TO PLAINTIFF HOSSEIN ZEINALI'S MOTION TO TAKE ADDITIONAL DEPOSITIONS AND COMPEL FURTHER PRODUCTION OF DOCUMENTS  UNDER SEAL**<br><br>[Doc. No. 49] |

The parties' joint motion is GRANTED.  IT IS HEREBY ORDERED that the parties may file documents designated as Confidential pursuant to the protective order in place in this litigation in support of or in opposition to Plaintiff Hossein Zeinali's Motion to Take Additional Depositions and Compel Further Production of Documents under seal.

IT IS FURTHER ORDERED that all documents filed will be lodged directly to the Court in hard copy only (not e-filed).  A separate "Lodgment of Exhibits Filed Under Seal" shall be submitted to Court.  All exhibits will be served on counsel for the opposing party via email.  The parties must file all documents other than the Lodgment of Exhibits and the separate Lodgment of Exhibits Filed Under Seal through regular e-filing procedures.

///

///

1  **All documents submitted under seal pursuant to this Order shall be submitted directly
2  to chambers.**
3  **IT IS SO ORDERED.**

Dated:     October 8, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge

ORDER PERMITTING FILING UNDER SEAL         2.         CASE NO. 07CV1852 JM(CAB)